# In the United States Court of Appeals for the Eighth Circuit

MMIC INSURANCE INC.,
*Plaintiff-Appellee,*

v.

OBSTETRIC AND GYNECOLOGIC ASSOCIATES OF IOWA CITY AND CORALVILLE, P.C.,
*Defendant-Appellant.*

On Appeal from the United States District Court
for the Southern District of Iowa (Eastern)
Case No. 3:23-cv-00039-SMR-WPK (The Hon. Stephanie M. Rose)

## NOTICE OF WAIVER OF TRANSCRIPT ORDER BY DEFENDANT-APPELLANT

NICHOLAS C. ROWLEY
CLINTON EHRLICH
TRIAL LAWYERS FOR JUSTICE
120 Vantis Suite 300
Aliso Viejo, CA 92656
(818) 473-5404

DEEPAK GUPTA
JONATHAN E. TAYLOR
GUPTA WESSLER LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
*deepak@guptawessler.com*

October 28, 2025                    *Counsel for Defendant-Appellant*

# NOTICE OF WAIVER OF TRANSCRIPT ORDER

Pursuant to Federal Rule of Appellate Procedure 10(b)(1)(B) and this Court's Rule 30A(b)(2), the appellant Obstetric and Gynecologic Associates of Iowa City and Coralville, P.C., hereby notifies the court and all parties that no additional transcripts are required and confirms that all transcripts of proceedings necessary for the determination of this appeal are already on file with the district court clerk.

October 28, 2025

/s/ Deepak Gupta
DEEPAK GUPTA
JONATHAN E. TAYLOR
GUPTA WESSLER LLP
2001 K Street, NW
Suite 850 North
Washington, DC 20006
(202) 888-1741
deepak@guptawessler.com

## CERTIFICATE OF COMPLIANCE

This notice complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because this statement has been prepared in proportionally spaced typeface using Microsoft Word in 14-point Baskerville font.


October 28, 2025

/s/ Deepak Gupta
Deepak Gupta

## CERTIFICATE OF SERVICE

I hereby certify that on Deepak Gupta, I electronically filed the foregoing notice with the Clerk of the Court for the U.S. Court of Appeals for the Eighth Circuit by using the CM/ECF system. All participants are registered CM/ECF users and will be served by the CM/ECF system.

*/s/ Deepak Gupta*
Deepak Gupta