# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 13, 2026

Deepak Gupta
GUPTA & WESSLER
Suite 850 North
2001 K Street, N.W.
Washington, DC 20006

     RE: 25-1758 MMIC Insurance Inc. v. OB/GYN Assoc. of Iowa City Etc.

Dear Counsel:

     In reviewing the appendix in the above case, we noted the following deficiency(s). **Please mail or hand-deliver new copies of the appendix within 5 days of the date of this notice.**

\_\_X\_\_\_DOUBLE-SIDED. Please reproduce the record with single-sided pages.

\_\_X\_\_\_CERTIFICATE OF SERVICE is missing. Please file a Corrected Certificate of Service entry in CM/ECF showing service of the paper copies of your appendix.

                                                    Susan E. Bindler
                                                    Clerk of Court

DNS

cc:     Gregory A. Beck
        Clinton Ehrlich
        Derek Robert LaBrie
        Mark Dennis Malloy
        Dominic Pechota
        Nicholas C. Rowley
        Jonathan E. Taylor
        Adam Daniel Zenor