

E-Mail Address:
briefs@wilsonepes.com

1115 H Street, N.E.
Washington, D.C. 20002

Web Site:
www.wilsonepes.com

Tel (202) 789-0096
Fax (202) 842-4896

No. 25-1758

———

MMIC INSURANCE INC.,

*Plaintiff-Appellee,*

v.

OBSTETRIC AND GUNECOLOGIC ASSOCIATES OF
IOWA CITY AND CORALVILLE P.C.,

*Defendant-Appellant.*

———

## AFFIDAVIT OF SERVICE

I HEREBY CERTIFY that on February 13, 2026, One (1) copy of the OPENING BRIEF OF DEFENDANT-APPELLANT OBSTETRIC AND GYNECOLOGIC ASSOCIATES OF IOWA CITY AND CORALVILLE with ADDENDUM and APPELLANTS APPENDIX in the above-captioned case were served, by 2-day FedEx, on the following:

DEREK ROBERT LABRIE
ADAM DANIEL ZENOR
ZENOR LAW FIRLM PLC
106 S.W. Seventh Street
Suite 400
Des Moines, IA 50309

MARK DENNIS MALLOY
MEISSNER & TIERNEY
111 E. Kilbourn Avenue
19th Floor
Milwaukee, WI 53202

NICHOLAS C. ROWLEY
DOMINIC PECHOTA
CLINTON EHRLICH
TRIAL LAWYERS FOR JUSTICE
421 W. Water Street
Decorah, IA 52101

_____

ROBYN DORSEY WILLIS
WILSON-EPES PRINTING CO., INC.
1115 H Street, N.E.
Washington, D.C. 20002
(202) 789-0096

Sworn to and subscribed before me this 13th day of February 2026.

_____

AZA SALINDER DONNER
NOTARY PUBLIC
District of Columbia

My commission expires April 30, 2029.